■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESLIE NIZIN, on Behalf of KEVIN JOHNSON, Petitioner, v DORA SCHRIRO, Commissioner of Correction, et al., Respondents. [907 NYS2d 885]—Writ of habeas corpus in the nature of an application for the immediate release of the defendant, on his own recognizance or, in the alternative, fixing bail, pending determination of an appeal by the People from an order of the Supreme Court, Queens County, dated September 4, 2009 (Appellate Division docket No. 2009-10413) in an action entitled *People v Johnson*, pending in the Supreme Court, Queens County, under indictment No. 133/09.

Adjudged that the writ is dismissed, without costs or disbursements.

The defendant has failed to establish that he is entitled to immediate release from incarceration if the writ is granted (*see People ex rel. Russell v Artuz*, 265 AD2d 512 [1999]; *People ex rel. Kaplan v Commissioner of Correction of City of N.Y.*, 60 NY2d 648 [1983]). Skelos, J.P., Eng, Belen and Hall, JJ., concur.

(October 8, 2010)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANLEY R. KOPILOW, on Behalf of EVAN POTTS, Petitioner, v SHERIFF, NASSAU COUNTY JAIL, Respondent. [908 NYS2d 372]—Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County indictment No. 1333/10.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Nassau County indictment No. 1333/10 from the sum of $750,000 bond with a cash bail alternative of $500,000, to the sum of $500,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $250,000 as a cash bail alternative; in the event that the bail of $500,000, which was previously set, has not been exonerated and returned to the person who posted it, then, the bail already posted shall satisfy the $500,000 bail required. Mastro, J.P., Leventhal, Hall and Lott, JJ., concur.